NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HOT ROD'S BBQ AND GRILL INC.,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　Case No. 2D18-2704
　　　　　　　　　　　　　　　　　　　)
DAVID POTTS; CHAMPOR, INC.;　　　　　)
B & P INSURORS, INC.; MUTUAL　　　　　)
FINANCE COMPANY; and　　　　　　　　)
AMERICAN SYSTEMS, INC.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellees.　　　　　　　　)
_____)

Opinion filed March 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Emmett Lamar
Battles, Judge.

Mark J. Albrechta, Tampa, for
Appellant.

Michael A. Linsky of Michael A. Linsky,
P.A., Tampa, for Appellees.

PER CURIAM.

　　　　　　　Affirmed.

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.